UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PEARLINA THOMAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-768** |
| **SUSAN HUTSON** | **SECTION "O"** |

## JUDGMENT

Considering the Court's order dismissing without prejudice Plaintiff Pearlina Thomas's whistleblower-reprisal claim under 41 U.S.C. § 4712 for failure to exhaust administrative remedies and declining to exercise supplemental jurisdiction over Thomas's sole remaining claim under the Louisiana Whistleblower Statute,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own costs.

New Orleans, Louisiana, this 4th day of April, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE